UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHARLENE PROBASCO, | Case No.: 2:10-cv-02716-KJM -GGH |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| I.Q. DATA INTERNATIONAL, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

In light of the stipulation of the parties and as provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action against Defendant I.Q. DATA INTERNATIONAL, INC. is dismissed with prejudice, resolving the action in its entirety.  This case is CLOSED.

DATED: August 2, 2011.

_____
UNITED STATES DISTRICT JUDGE